UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
ADNER R. TORRES-CRUZ,                                                   :
                                                                        :
                              Plaintiff,                  :
                                                                        :       23 Civ. 11113 (JPC)
       -v-                                                              :
                                                                        :       ORDER
JEFF HERCULE *et al.*,                                                  :
                                                                        :
                             Defendants.                 :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        On January 24, 2024, the Court ordered the parties to submit a joint letter with, among other things, a description of the case and a status update on any settlement talks in advance of the initial pretrial conference scheduled for February 26, 2024 at 4:30 p.m.  Dkt. 10.  The Court also ordered the parties to submit a proposed case management plan and scheduling order.  *Id*.  Both items were due February 19, 2024.  The parties failed to submit either.

        By 5:00 p.m. on February 22, 2024, it is hereby ORDERED that the parties must file on ECF the joint letter and the proposed case management plan and scheduling order described in the Order at Docket Number 10.  The Court advises the parties that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

        SO ORDERED.

Dated: February 21, 2024
       New York, New York

                                                        JOHN P. CRONAN
                                                 United States District Judge