# William Schwitzer & Associates, P.C.

ATTORNEYS AT LAW

(Formerly known as Dinkes & Schwitzer, P.C.)

820 Second Avenue • New York, N.Y. 10017
Tel. 212/683-3800 • Fax 212/685-2356

379 SMITH ROAD
LAKE RONKONKOMA, N.Y. 11779

WILLIAM SCHWITZER

BETH M. DIAMOND
JOHN C. MERLINO
MARC R. MAUSER

JONATHAN H. NOBLE
FRANK R. PUMAREJO-MARTIN
MICHAEL KRIGSFELD
RORY M. SHECTMAN
MICHAEL W. MAHAN
CHRISTOPHER W. DRAKE
TAYLOR B. GABLEHOUSE
OLIVER OWAID
BARRY A. SEMEL-WEINSTEIN
TRAVIS K. WONG
IVANNA D. TELLEZ
JOHN J. NONNENMACHER
YASMEEN MASHRIQI



May 17, 2024

**VIA ECF**
The Honorable John P. Cronan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re: Torres-Cruz v. AON Risk Services Southwest, Inc. et al
    Docket No.: 1:23-cv-11113 (JPC)

Dear Judge Cronan:

  As you are aware, this office represents the Plaintiff, Adner R. Torres-Cruz, in the above-captioned matter. After conferring with counsel for the Defendants, the parties wish to jointly request that this matter be assigned to a Magistrate Judge for all matters, including trial.

  We thank the Court for all its help with this matter.

            Respectfully submitted,
            /s/ Michael Krigsfeld
            Attorney(s) for Plaintiff

VIA ECF to all counsel
Chauncey Gibson, Esq.
Chauncey.Gibson@hbandglaw.com

The parties are requested to fill in the attached consent form.

SO ORDERED.
Date: May 17, 2024
New York, New York

           _____
           JOHN P. CRONAN
           United States District Judge