UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ADNER R. TORRES-CRUZ,

                        Plaintiff,                                    23-CV-11113 (VF)

             -against-                                     **ORDER**

JEFF HERCULE, AON RISK SERVICES
SOUTHWEST, INC., SYSCO METRO
NEW YORK, LLC,

                        Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The stipulation filed on September 10, 2025, indicates that Plaintiff is discontinuing the action with prejudice. <u>See</u> ECF No. 44. Accordingly, the case is hereby dismissed. The Clerk of Court is respectfully directed to close the case.

       **SO ORDERED.**

DATED:    New York, New York
               September 22, 2025

                                                                VALERIE FIGUEREDO
                                                                United States Magistrate Judge